# EXHIBIT "B"



**Copyright**
United States Copyright Office

Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Marilyn Monroe
Search Results: Displaying 412 of 536 entries



previous    next

Labeled View

*Marilyn Monroe / photos. by Mischa Pelz.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000230654 / 1992-06-18
**Title:** Marilyn Monroe / photos. by Mischa Pelz.
**Description:** 8 photos : 1 p.
**Copyright Claimant:** Andrew R. Strauss
**Date of Creation:** 1953
**Authorship on Application:** Miller Photos., Inc., employer for hire of Mischa Pelz.

**Names:** Pelz, Mischa
Strauss, Andrew R.
Miller Photos., Inc.



previous    next

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |   Copyright Office Home Page   |   Library of Congress Home Page