1  Bradley H. Ellis (SBN 110467)
   bellis@sidley.com
2  Rollin A. Ransom (SBN 196126)
   rransom@sidley.com
3  Rachael A. Rezabek (SBN 298711)
   rrezabek@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California 90013
   Telephone:  +1 213 896-6000
6  Facsimile:  +1 213 896-6600

7  **Attorneys for David Wills and**
   **HarperCollins Publishers L.L.C.**

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                         **(WESTERN DIVISION)**
11

12 ANDREW STRAUSS, an individual;          ) Case No. 2:16-cv-05103-MWF-SS
   STARTHEAR! LLC, a California            )
13 limited liability corporation,          ) Complaint Filed: July 12, 2016
                                           )
14            Plaintiffs,                   ) Assigned to: Hon. Michael W.
            vs.                            ) Fitzgerald
15 DAVID WILLS, an individual;             )
   HARPER COLLINS PUBLISHING,              ) **DEFENDANTS DAVID WILLS AND**
16 an entity of unknown form; and DOES      ) **HARPERCOLLINS PUBLISHERS**
   1-25, inclusive,                        ) **L.L.C'S INITIAL DISCLOSURES**
17                                          ) **PURSUANT TO FEDERAL RULE**
            Defendants.                    ) **OF CIVIL PROCEDURE 26(a)(1)**
18                                          )
                                           )
19                                          )
                                           )
20 _____ )

21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants David Wills ("Wills") and HarperCollins Publishers L.L.C., sued erroneously as Harper Collins Publishing ("HarperCollins") (together, "Defendants") make the following disclosures to Plaintiffs Andrew Strauss ("Strauss") and StartHear! LLC ("StartHear") (together, "Plaintiffs"). These disclosures are based on Defendants' preliminary investigation only.  Defendants reserve the right to modify and/or supplement these disclosures as new or additional information becomes available.  Defendants further assert the right to rely on additional individuals and documents to support their defenses or rebut Plaintiffs' claims.

## I.     WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Defendants hereby make the following disclosures of witnesses currently considered likely to have discoverable information that Defendants may use to support their defenses or rebut Plaintiffs' claims, unless solely for impeachment purposes.  Defendants reserve the right to supplement this list pursuant to Federal Rule of Civil Procedure 26(e).

The following witnesses should only be contacted through counsel for Defendants at the address and telephone number identified on the caption page.

1.     Cal Morgan, former Publisher of Imprint and editor of the Publication, who will testify regarding the editing of the publication "Marilyn Monroe: Metamorphosis" (the "Publication");

2.     Michael Barrs, Director of Marketing at HarperCollins, who will testify to the marketing of the Publication;

3.     Carla Parker, National Accounts Manager at HarperCollins, who will testify to the sale of the Publication to booksellers; and

4.     Other persons currently or formerly employed by HarperCollins who have knowledge regarding the Publication, including revenues, costs, and other financial information relating to the Publication.

## II.   DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendants hereby make the following disclosure of categories of documents, data compilations, and tangible things that Defendants may use to support their defenses, unless solely for impeachment, all of which are located in the possession of Defendants and/or their counsel.  Defendants reserve the right to supplement this list pursuant to Federal Rule of Civil Procedure 26(e).

1. Documents concerning the vetting of copyright ownership of photographs considered for and used in the Publication, including a photograph of Marilyn Monroe taken by Mischa Pelz in 1953 (the "Photograph")[1];

2. Documents relating to the marketing and sale of the Publication;

3. Documents concerning financial information related to the Publication and within the relevant period, including revenues and expenses; and

4. Documents evidencing that the Photograph is in the public domain, such as (a) screenshots evidencing third party archives and photo collections offering the Photograph for sale and/or license; and (b) screenshots evidencing publication of the Photograph by third parties without attribution to Plaintiffs.

## III.   DAMAGES

Defendants do not claim damages other than their attorneys' fees and costs under applicable law.  At this point in the action, Defendants cannot estimate the amount of such attorneys' fees and costs.  Defendants dispute that Plaintiffs have suffered any damages.

## IV.   INSURANCE AGREEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Defendants shall

---

[1] Defendants continue to reserve all rights to dispute the factual allegations of the Complaint, including without limitation Plaintiffs' assertion that "the Photograph used in Defendants' Publication is identical to Plaintiffs' Photograph."

DEFENDANTS' RULE 26 INITIAL DISCLOSURES

1    produce a copy of any insurance agreement pursuant to which an insurance business

2    may be liable either to satisfy all or part of a possible judgment in this matter or to

3    indemnify or reimburse Defendants for payments made to satisfy a judgment, upon

4    entry of a suitable protective order in this action.

6    Dated:        November 23, 2016

SIDLEY AUSTIN LLP

By: /s/ Bradley H. Ellis_____
Bradley H. Ellis
Attorneys for Defendants DAVID WILLS
and HARPERCOLLINS PUBLISHERS
L.L.C.

**PROOF OF SERVICE**

1

STATE OF CALIFORNIA          )
                             )  SS
COUNTY OF LOS ANGELES )

2

3

4       I am employed in the County of Los Angeles, State of California.  I am over the

5  age of 18 years and not a party to the within action.  My business address is 555 West

6  Fifth Street, Los Angeles, CA 90013.

7       On November 23, 2016, I served the foregoing document(s) described as

8  **DEFENDANTS DAVID WILLS AND HARPERCOLLINS PUBLISHERS**

9  **L.L.C'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF**

10  **CIVIL PROCEDURE 26(a)(1)** on all interested parties in this action as follows:

11

Pierre Vudrag, Esq.          *Attorneys for Plaintiffs*
The Law Office of Pierre Vudrag  *Andrew Strauss and StartHear! LLC*
902 South Hobart Boulevard, Suite 6
Los Angeles, California 90006
Telephone:  (323) 899-8363
Email: pvudrag@mediasportslaw.com

12

13

14

15  ☑  **(VIA U.S. MAIL)** I served the foregoing document(s) by U.S. Mail, as
follows:  I placed true copies of the document(s) in a sealed envelope addressed to
16  each interested party as shown above.  I placed each such envelope with postage
thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los
17  Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for
collection and processing of correspondence for mailing with the United States
18  Postal Service.  Under that practice, the correspondence would be deposited in the
United States Postal Service on that same day in the ordinary course of business.

19

20       I declare under penalty of perjury that the foregoing is true and correct.

21       Executed on November 23, 2016, at Los Angeles, California.

22

23                         Hae Jung Park

24

25

26

27

28

218206364