UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-5103-MWF(SSx)**                                      Dated: **March 23, 2017**

Title:    Andrew Strauss, et al. -v- David Wills, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                  None Present
    Relief Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Notice of Settlement filed March 23, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 8, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED**.

MINUTES FORM 90                                                      Initials of Deputy Clerk   cw
CIVIL - GEN